# EXHIBIT B



GEORGIA
CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **LEXISNEXIS RISK SOLUTIONS INC.** | Control Number: | **J214903** |
| Business Type: | **Domestic Profit Corporation** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **1105 North Market St, Suite 501, WILIMNGTON, DE, 19801, USA** | Date of Formation / Registration Date: | **1/20/1975** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2025** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T CORPORATION SYSTEM** |
| Physical Address: | **289 S Culver St, Lawrenceville, GA, 30046-4805, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Eric Saida | Secretary | 1000 ALDERMAN DRIVE, ALPHARETTA, GA, 30005, USA |
| Mark Kelsey | CEO | 1000 ALDERMAN DRIVE, ALPHARETTA, GA, 30005, USA |
| Suzanne Perry | CFO | 1105 North Market St, Suite 501, Wilmington, DE, 19801, USA |

Filing History    Name History