**LOWENSTEIN SANDLER LLP**
A. Matthew Boxer, Esq.
Gavin J. Rooney, Esq.
Rasmeet K. Chahil, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
973-597-2500

*Attorneys for Defendant*
*LexisNexis Risk Solutions Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., and M.S., <br><br> Plaintiffs, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Civil Action No. <br><br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for LexisNexis Risk Solutions Inc. ("LNRS") in the above-captioned action certifies as follows:

1. LNRS is a wholly owned subsidiary of LexisNexis Risk Holdings Inc. LexisNexis Risk Holdings Inc. is a wholly owned subsidiary of RELX Inc. RELX Inc. is a wholly owned subsidiary of RELX Overseas Holdings Limited. RELX Overseas Holdings Limited is a wholly owned subsidiary of RELX (Holdings) Limited. RELX (Holdings) Limited is a wholly owned subsidiary of RELX Group plc, which is owned by RELX PLC (LSE: REL; NYSE: RELX).

2. Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, LNRS is a corporation that is incorporated in Georgia and has its principal place of business in Georgia. Therefore, LNRS is a citizen of the state of Georgia.

Dated: December 8, 2025

By: /s/ A. Matthew Boxer
A. Matthew Boxer
Gavin J. Rooney
Rasmeet K. Chahil
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500
mboxer@lowenstein.com
grooney@lowenstein.com
rchahil@lowenstein.com

*Attorneys for Defendant
LexisNexis Risk Solutions Inc.*