**LOWENSTEIN SANDLER LLP**
A. Matthew Boxer
Gavin J. Rooney
Rasmeet K. Chahil
One Lowenstein Drive
Roseland, New Jersey 07068
973-597-2500

*Attorneys for Defendant*
*LexisNexis Risk Solutions Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., and M.S.,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1- 10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.  2:25-cv-18288<br><br>Removed from the Superior Court of New Jersey, Essex County, Law Division<br><br>State Docket No.: ESX-L-7269-25<br><br>**CERTIFICATE OF SERVICE** |

I, **A. Matthew Boxer**, of full age, do hereby certify as follows:

1. I am a Partner at the law firm of Lowenstein Sandler LLP, attorneys for Defendant LexisNexis Risk Solutions Inc.

2. On December 8, 2025, I caused a true and correct copy of (1) Notice of Removal, with exhibits and the Civil Cover Sheet; (2) Rule 7.1 Corporate Disclosure Statement; (3) Diversity Disclosure Statement; and (4) this Certificate of Service to be electronically filed via the Court's CM/ECF system.

3. On December 8, 2025, I caused a true and correct copy of the above documents to be served on the following via e-mail and First Class Mail:

| | |
|---|---|
| **PEM Law LLP** | **Boies Schiller Flexner LLP** |
| Rajiv D. Parikh, Esq. | Adam Shaw, Esq. |
| Kathleen Barnett Einhorn, Esq. | 30 South Pearl Street, 12th Floor |
| Jessica A. Merejo, Esq. | Albany, New York 12207 |
| 1 Boland Drive, Suite 101 | Telephone: (518) 434-0600 |
| West Orange, New Jersey 07052 | ashaw@bsfllp.com |
| Telephone: (973) 567-7832 | |
| rparikh@pemlawfirm.com | |
| keinhorn@pemlawfirm.com | |
| jmerejo@pemlawfirm.com | |

*Attorneys for Plaintiffs J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., and M.S.*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: December 8, 2025

By: /s/ A. Matthew Boxer
A. Matthew Boxer
Gavin J. Rooney
Rasmeet K. Chahil
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500
mboxer@lowenstein.com
grooney@lowenstein.com
rchahil@lowenstein.com

*Attorneys for Defendant LexisNexis Risk Solutions Inc.*