# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., and M.S.,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1- 10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.  2:25-cv-18288<br><br><br>**NOTICE OF APPEARANCE OF GAVIN J. ROONEY** |

**PLEASE TAKE NOTICE** that Gavin J. Rooney of Lowenstein Sandler LLP hereby enters his appearance as counsel of record for Defendant LexisNexis Risk Solutions Inc. ("LNRS") in the above-captioned action. Accordingly, LNRS respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Mr. Rooney (grooney@lowenstein.com).

Dated: December 8, 2025

By:  */s/ Gavin J. Rooney*
Gavin J. Rooney
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500
grooney@lowenstein.com

*Attorneys for Defendant*
*LexisNexis Risk Solutions Inc.*