IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., and M.S.,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1- 10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.  2:25-cv-18288<br><br>NOTICE OF APPEARANCE OF RASMEET K. CHAHIL |

**PLEASE TAKE NOTICE** that Rasmeet K. Chahil of Lowenstein Sandler LLP hereby enters her appearance as counsel of record for Defendant LexisNexis Risk Solutions Inc. ("LNRS") in the above-captioned action. Accordingly, LNRS respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Ms. Chahil (rchahil@lowenstein.com).

Dated: December 8, 2025          By:  */s/ Rasmeet K. Chahil*
                                      Rasmeet K. Chahil
                                      **LOWENSTEIN SANDLER LLP**
                                      One Lowenstein Drive
                                      Roseland, New Jersey 07068
                                      973.597.2500
                                      rchahil@lowenstein.com

                                      *Attorneys for Defendant*
                                      *LexisNexis Risk Solutions Inc.*