IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., and M.S.,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1- 10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 1:25-cv-18288 |

### APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY [L. CIV. R. 6.1(b)]

Application is hereby made for a Clerk's Order pursuant to Local Civil Rule 6.1 extending the time within which Defendant LexisNexis Risk Solutions Inc. may answer, move, or otherwise respond to the Amended Complaint (the "Complaint") filed by Plaintiffs herein and it is represented that:

1. No previous extension has been obtained in connection with this pleading; and

2. Defendant's time to answer, move or otherwise respond to the Complaint currently expires on December 15, 2025.

**LOWENSTEIN SANDLER LLP**
Attorneys for Defendant
LexisNexis Risk Solutions Inc.

By:   */s/ A. Matthew Boxer*
Dated: December 10, 2025                A. Matthew Boxer

-2-

## LOCAL RULE 6.1(b) CLERK'S ORDER GRANTING AN EXTENSION OF TIME

**IT IS**, on this _____ day of December, 2025 hereby

**ORDERED** that the Local Rule 6.1(b) Application of Defendant LexisNexis Risk Solutions Inc. for an extension of time to answer, move or otherwise respond to the Complaint be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 6.1(b), the time within which Defendant may answer, move or otherwise respond to the Complaint is extended for a period of fourteen (14) days from December 15, 2025 to **December 29, 2025**.

Order Dated: _____

                                                        MELISSA E. RHOADS, ESQ., Clerk

                                                        By: _____
                                                                 Deputy Clerk