```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY


J.V., et al.                      :        CIVIL ACTION
                                  :
        v.                        :
                                  :
LEXISNEXIS RISK SOLUTIONS         :        NO. 25-18288
INC., et al.                      :
```

**NOTICE OF RULE 16 TELEPHONE CONFERENCE - CANCELLED**

The **RULE 16 TELEPHONE CONFERENCE** in the above matter scheduled for **December 18, 2025,** at **11:30 a.m. (EST)** with the Honorable Harvey Bartle III, United States Courthouse, 601 Market Street, Philadelphia, PA 19106 has been **CANCELLED.**

```
                         /s/ S. Renz
                         S. Renz
                         Judicial Assistant to
                         the Honorable Harvey Bartle III
                         United States District Court Judge
                         215-597-2693
```

DATED: December 16, 2025

HB/slr
Copies sent via ECF notification