

Rajiv D. Parikh, Esq.
Partner
rparikh@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.5330

December 23, 2025

**VIA CM/ECF**
Clerk of the Court
United States District Court for the
 District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    **J.V., et al. v. LexisNexis Risk Solutions, Inc.**
              **Civil Action No. 25-cv-18288**

Dear Clerk of the Court:

      We represent Plaintiffs in the above-referenced matter, together with Boies Schiller Flexner LLP. We respectfully write to seek clarification regarding the Court's recent Order transferring this action to the Honorable Harvey Bartle, III, U.S.D.J. [Docket Entry No. 7].

      It is our understanding that Chief Judge Chagares's prior order addressing matters involving Daniel's Law, N.J.S.A. 56:8-166.1, et seq., was issued in response to applications by other parties seeking recusal of the entire District of New Jersey in actions asserting claims under Daniel's Law. We understand that order to have been directed to actions asserting Daniel's Law claims and implicating issues unique to that statutory scheme.

      This action, however, does not assert any claims under Daniel's Law and does not implicate the statute in any way. Rather, Plaintiffs' claims arise under the laws related to credit reports and concern Defendants' alleged failure to timely remove credit freezes from Plaintiffs' consumer credit files. The claims asserted apply generally to all consumers and do not present circumstances in which judges of the District of New Jersey are uniquely situated, nor do they raise any basis for recusal or reassignment under the considerations addressed in the Chief Judge's order.

      Accordingly, and with the utmost respect, Plaintiffs believe that this matter may have been inadvertently included by your office among the Daniel's Law cases subject to reassignment. Plaintiffs therefore respectfully request that the transfer order be vacated and that this case be assigned in the ordinary course to a District Judge sitting in Newark.

      Plaintiffs wish to emphasize that this request reflects no concern with Judge Bartle's management of the In Re: Daniel's Law Compliance matters, which has been effective and



*Clerk of the Court*
December 23, 2025
Page 2 of 2

---

efficient. Rather, the request is based solely on the absence of any Daniel's Law claims or related considerations in this action.

      Thank you for your time and attention to this request. Please let us know if the Court requires any additional information.

                              Respectfully submitted,

                              **PEM LAW LLP**
                              *Attorneys for Plaintiffs*

                By:    */s/ Rajiv D. Parikh*
                            RAJIV D. PARIKH

RDP/dmc

c:      Counsel of Record (via CM/ECF)