

A. Matthew Boxer
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

T: (973) 422-6454
E: mboxer@lowenstein.com

December 24, 2025

**Via ECF**

Clerk of the Court
United States District Court for the
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    **J.V. et al. v. LexisNexis Risk Solutions Inc.**
            **Civil Action No. 25-cv-18288**

Dear Clerk of the Court:

This firm represents Defendant LexisNexis Risk Solutions Inc. ("LNRS") in the above-referenced matter. We are in receipt of Plaintiffs' December 23, 2025, letter to the Clerk of the Court questioning the Clerk's assignment of this case to the Hon. Harvey Bartle III, U.S.D.J.

Local Civil Rule 40.1(d) requires that any such application be made to the Chief Judge, on notice to opposing counsel and the District Judge to whom the case has been assigned. As a result, it appears that the letter is procedurally improper.

If the Clerk is inclined to consider Plaintiffs' letter, we respectfully request an opportunity to respond, as the letter fails to mention several facts and circumstances that render assignment to Judge Bartle wholly appropriate. Kindly let us know if we may submit a response. In light of the holidays and vacation schedules, LNRS respectfully requests that it be provided two weeks to file such opposition. Thank you for your consideration.

Respectfully submitted,

*/s/ A. Matthew Boxer*

A. Matthew Boxer

cc:    All Counsel of Record (via ECF)