## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**   **DATE OF PROCEEDINGS:** 1/08/2026

**JUDGE:** Harvey Bartle III

**COURT REPORTER:**

**OTHERS:**   **DOCKET NO:** Civ. #25-18288

**TITLE OF CASE:**

J.V., et al.

      v.

LEXISNEXIS RISK SOLUTIONS, INC., et al.

**NATURE OF PROCEEDINGS:**

Telephonic Status Conference Held

/s/ Anne Mills
Law Clerk

Time Commenced:  11:30 AM   Time Adjourned:  11:50 AM