# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., and M.S., <br><br>        Plaintiffs, <br><br>        v. <br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1- 10, fictitious names of unknown entities, <br><br>        Defendants. | Civil Action No.: 1:25-cv-18288 <br><br> Honorable Harvey Bartle III, U.S.D.J. |

## PLAINTIFFS' MOTION TO TRANSFER AND REVOKE DESIGNATION AND ASSIGNMENT

Pursuant to the Court's Order dated January 8, 2026 (Dkt. No. 16), Plaintiffs J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., and M.S.("Plaintiffs") respectfully request that the Court revoke designation and assignment of the above-referenced action to the Honorable Harvey Bartle III and transfer the matter in accordance with Local Civ. R. 40.1.

This Motion is based upon this Motion, the Memorandum of Points and Authorities concurrently filed herewith, other materials in the record, argument of counsel, and such other matters as the Court may consider.

PLEASE TAKE FURTHER NOTICE that Plaintiffs respectfully request oral argument if timely opposition is filed.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: January 22, 2026 | By: */s/ Rajiv. D Parikh* <br> RAJIV D. PARIKH |

**PEM LAW LLP**
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
1 Boland Dr., Suite 101
West Orange, New Jersey 07052
Telephone: (973) 557-5700
Email:  rparikh@pemlawfirm.com
          keinhorn@pemlawfirm.com
          jmerejo@pemlawfirm.com

**BOIES SCHILLER FLEXNER LLP**
Adam Shaw (admitted *pro hac vice*)
30 South Pearl Street, 12th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Email: ashaw@bsfllp.com

Mark C. Mao (admitted *pro hac vice*)
Julia Bront (admitted *pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800
Email:  mmao@bsfllp.com
          jbront@bsfllp.com

James Lee (admitted *pro hac vice*)
100 SE Second Street, Suite 2800
Miami, Florida 33131

        Telephone: (305) 357-8434
        Email: jlee@bsfllp.com

        Eric Palmer (admitted *pro hac vice*)
        401 E. Las Olas Blvd., Suite 1200
        Fort Lauderdale, Florida 33301
        Telephone: (954) 377-4250
        Email: epalmer@bsfllp.com

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2026, I electronically filed a true and complete copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing.

*/s/ Jessica A. Merejo*
JESSICA A. MEREJO
