**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE:**                              **DATE OF PROCEEDINGS:** 4/2/2026

**JUDGE:** Harvey Bartle III

**COURT REPORTER:**

**OTHERS:**                                     **DOCKET NO:** Civ. #25-18288

**TITLE OF CASE:**

J.V., et al.

        v.

LEXISNEXIS RISK SOLUTIONS, INC., et al.

**APPEARANCES:**
Rajiv D. Parikh, Esq.
Adam Shaw, Esq.
Jessica A. Merejo, Esq.
A. Matthew Boxer, Esq.
Gavin J. Rooney, Esq.
Rasmeet Kaur Chahil, Esq.

**NATURE OF PROCEEDINGS:**

Telephonic Status Conference Held

                    /s/ Anne K. Mills

Time Commenced:____11:25 AM_____Time Adjourned:_____11:50 AM_____