IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

J.V., et al.                         :         CIVIL ACTION
                                     :
        v.                           :
                                     :
LEXISNEXIS RISK SOLUTIONS,           :         NO. 25-18288
INC., et al.                         :

SCHEDULING ORDER

AND NOW, this 2nd day of April 2026, after a telephone conference with counsel, it is hereby ORDERED that:

(1)  All fact discovery shall proceed forthwith and continue in such a manner as will assure that all requests for, and responses to, discovery will be served, noticed, and completed by December 31, 2026.

(2)  The fact discovery should not be duplicative of the discovery conducted in John Doe-1, et al. v. LexisNexis Risk Solutions, Inc., et al., Civ. A. No. 24-4566 (D.N.J. Apr. 4, 2024).

(3)  Parties shall serve, on or before January 29, 2027, reports of expert witnesses with respect to issues on which they have the burden of proof.

(4)  Parties shall serve, on or before February 26, 2027, any responsive reports of expert witnesses.

(5)  Parties shall file any motions for summary judgment on or before March 15, 2027.  The parties are reminded that they must conform their briefs with Rule 56(c) of the

Federal Rules of Civil Procedure.  See United States v. Hoffecker, 530 F.3d 137, 162 (3d Cir. 2008).

(6)  The parties shall prepare and file their Pretrial Memoranda in accordance with this Order and Local Rule of Civil Procedure 16.1, as well as proposed points for charge, any proposed special jury interrogatories, and any motions in limine as follows:

(a)  Plaintiff - on or before May 17, 2027;

(b)  Defendants - on or before May 24, 2027.

(7)  Each point for charge or proposed jury interrogatory shall be numbered and shall be on a separate sheet of paper identifying the name of the requesting party. Supplemental points for charge will be permitted during and at the conclusion of the trial.  Points for charge should be accompanied by appropriate citations of legal authority.

(8)  The parties are urged to provide the Court with an electronic copy of the proposed points for charge and proposed special jury interrogatories.

(9)  The Court will hold a final settlement conference to be scheduled in May 2027.

(10) The case will be placed in the trial pool on June 1, 2027.  It is expected that the case will be called for trial during that month.

(11) The Pretrial Memorandum shall also identify the other significant legal issues involved in the case, together with appropriate citations and other legal authority.

(12) If any party desires an "offer of proof" as to any witness or exhibit expected to be offered, that party shall inquire of counsel prior to trial for such information.  If the inquiring party is dissatisfied with any offer provided, such party shall file a motion seeking relief from the Court prior to trial.

(13) Before commencement of trial, counsel will pre-mark and exchange all exhibits.  The Court should be supplied with two (2) separate sets of exhibits, and a schedule of exhibits which shall briefly describe each exhibit.

BY THE COURT:


/s/   Harvey Bartle III
                                    J.

3