

**Jessica A. Merejo, Esq.**
**Counsel**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.7832

June 10, 2026

**VIA CM/ECF**
Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the District of New Jersey (by designation)
c/o United States District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

        **Re:**    **J.V., et al., v. LexisNexis Risk Solutions Inc., et al.**
                **Civil Action No.: 25-18288 (HB)**

Dear Judge Bartle:

      We represent plaintiffs J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., and M.S. in the above referenced action against Defendant LexisNexis Risk Solutions Inc.

      The parties have agreed to the entry of this Court's form Confidentiality Order as set forth in Appendix S of the Local Civil Rules. Accordingly, enclosed for the Court's review is the proposed Confidentiality Order for this matter. We respectfully request that the Court enter the proposed Order if it meets with the Court's approval.

      We thank the Court for its attention to this matter.

              Respectfully submitted,

              **PEM LAW LLP**
              *Attorney for Plaintiffs*

              */s/ Jessica A. Merejo*
              JESSICA A. MEREJO

JAM/
cc: All counsel of record (via ECF)