# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., M.S.,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.: 1:25-cv-18288<br><br>Honorable Harvey Bartle, III, U.S.D.J.<br><br>**Motion Day: August 3, 2026** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

*Attorneys for Plaintiffs*

**PEM LAW LLP**
Rajiv D. Parikh, Esq.
Jessica A. Merejo, Esq.
Thomas R. Kraft, Esq.
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Email: rparikh@pemlawfirm.com
     jmerejo@pemlawfirm.com
     tkraft@pemlawfirm.com

**BOIES SCHILLER FLEXNER LLP**
Adam R. Shaw, Esq. (*pro hac vice* pending)
30 South Pearl Street, 12th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Email: ashaw@bsfllp.com

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., and M.S. ("Plaintiffs"), by and through their undersigned attorneys, respectfully move for leave to amend Plaintiffs' Amended Complaint against Defendants LexisNexis Risk Solutions Inc. ("Lexis"), Richard Roes 1-10, and ABC Companies 1-10 ("Defendants").

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' proposed Second Amended Complaint is filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed Second Amended Complaint indicating in what respects it differs from the pleading it proposes to amend is filed herewith.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Plaintiffs will rely upon the Declaration of Rajiv D. Parikh, Esq.

**PLEASE TAKE FURTHER NOTICE** that pursuant to L. Civ. R. 7.1(c)(1) and L. Civ. R. 78.1, this Motion is returnable on August 3, 2026; any opposition papers shall be filed by Defendants on or before July 20, 2026; and any reply papers shall be filed by Plaintiffs on or before July 27, 2026.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs respectfully request oral argument if timely opposition is filed in response to this Motion.

Respectfully submitted,

By:     */s/ Rajiv D. Parikh*
        RAJIV D. PARIKH

Dated: July 6, 2026

**PEM LAW LLP**
Rajiv D. Parikh, Esq.
Jessica A. Merejo, Esq.
Thomas R. Kraft, Esq.
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone: (973) 557-5700
Email: rparikh@pemlawfirm.com
       jmerejo@pemlawfirm.com
       tkraft@pemlawfirm.com

**BOIES SCHILLER FLEXNER LLP**
Adam Shaw (*pro hac vice* pending)
30 South Pearl Street, 12th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Email: ashaw@bsfllp.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., M.S., <br><br> Plaintiffs, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Civil Action No.: 1:25-cv-18288 <br><br> Honorable Harvey Bartle, III, U.S.D.J. <br><br> **Motion Day: August 3, 2026** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

The matter having come before the Court by way of Plaintiffs' Motion for Leave to File an Amended Complaint ("Motion"), and the Court having considered the submissions of the parties, and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs shall have until _____, 2026 to file a Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. HARVEY BARTLE, III, U.S.D.J.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., M.S., <br><br> Plaintiffs, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Civil Action No.: 1:25-cv-18288 <br><br> Honorable Harvey Bartle, III, U.S.D.J. <br><br> **Motion Day: August 3, 2026** <br><br> **CERTIFICATION OF SERVICE** |

I, Jessica A. Merejo, Esq., hereby certify that:

1.      I am an attorney and Counsel with the law firm of PEM Law LLP, attorneys for Plaintiffs in the above-captioned matter.

2.      On July 6, 2026, I caused true and correct copies of Plaintiffs' (1) Motion for Leave to File an Amended Complaint; (2) Brief in Support of Motion; (3) Declaration of Rajiv D. Parikh, Esq. in Support of Motion; (4) [Proposed] Order; (5) this Certification of Service; and all exhibits attached thereto to be served on all counsel of record via the Court's CM/ECF system.

3.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 6, 2026                          */s/ Jessica A. Merejo*
                                             JESSICA A. MEREJO

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., M.S., <br><br> Plaintiffs, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Civil Action No.: 1:25-cv-18288 <br><br> Honorable Harvey Bartle, III, U.S.D.J. <br><br> **Motion Day: August 3, 2026** |

**DECLARATION OF RAJIV D. PARIKH, ESQ. IN SUPPORT OF PLAINTIFFS**
**MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

I, Rajiv D. Parikh, Esq., hereby certify that:

1.       I am an attorney duly admitted to practice before the United States District Court for the District of New Jersey. I am a partner of the law firm of PEM Law LLP, located at 1 Boland Drive, Suite 101, West Orange, New Jersey 07052. I am co-counsel of record for Plaintiffs in the above-captioned matter, together with Boies Schiller Flexner LLP, and am fully familiar with the facts set forth herein.

2.       I submit this Declaration pursuant to 28 U.S.C. § 1746 and L. Civ. R. 7.2, in support of Plaintiffs' J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., M.S. (collectively, "Plaintiffs") Motion for Leave to File an Amended Complaint to convert Plaintiffs' individual claims to a class action, joining therein more than 2,500 persons as members of the putative class.

3.     Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' proposed Second Amended Complaint.

4.     Attached hereto as Exhibit 2 is a true and correct copy of the proposed Second Amended Complaint indicating in what respects it differs from the pleading it proposes to amend.

5.     Plaintiffs are law enforcement officers who qualify as covered persons under New Jersey's Daniel's Law, codified at N.J.S.A. §§ 56:8-166.1, *et seq.*, 47:1A-1 *et seq.*, and 47:1B-1, *et seq.*

6.     Plaintiffs' counsel requested Defendants' consent to amend but were refused.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of July, 2026.

Respectfully submitted,

By:     */s/ Rajiv D. Parikh*
        RAJIV D. PARIKH

Dated: July 6, 2026