# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., and M.S., <br><br>             Plaintiffs, <br><br>   v. <br><br> LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br>             Defendants. | Civil Action No.: 1:25-cv-18288 <br><br> Honorable Harvey Bartle III, U.S.D.J. |

**DECLARATION OF A. MATTHEW BOXER, ESQ. IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN <u>AMENDED COMPLAINT</u>**

I, A. Matthew Boxer, Esq., of full age, declare as follows:

1.     I am a Partner at Lowenstein Sandler LLP and counsel for Defendant LexisNexis Risk Solutions Inc. ("LNRS"). I submit this Declaration in support of LNRS's Opposition to Plaintiffs' Motion for Leave to File an Amended Complaint.

2.     In discovery in *Doe-3 v. LexisNexis Risk Solutions Inc.*, No. 1:24-cv-04566 (the "*Doe* Class Action"), LNRS produced over 150,000 pages of documents.

3.     In that same case, LNRS produced nine witnesses for depositions in various locations throughout the country.

4.    In that same case, on April 6, 2026, LNRS produced 1,911 standardized form emails from "AtlasMail" email accounts sent in February and March 2024 to LNRS containing a request to lift a security freeze.  An example of one of those template emails, bearing Bates No. LNRS0000914, is attached hereto as **Exhibit A**.

5.    Attached hereto as **Exhibit B** is a true and accurate copy of a February 17, 2024, e-mail from Atlas Data Privacy Corp. providing instructions regarding the e-mail template that Atlas members could use to request that their security freeze be removed, produced in discovery in the *Doe* Class Action with Bates No. JOHNDOE3-00000021.

6.    LNRS's April 6 production does not contain correspondence from Plaintiff P.J., G.P., or C.N. requesting that their security freeze be lifted.

7.    Attached hereto as **Exhibit C** is a true and accurate copy of excerpts from the transcript of John Doe-4's deposition taken in the *Doe* Class Action.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 20, 2026                    */s/ A. Matthew Boxer*
                                        A. Matthew Boxer, Esq.


-2-