**LOWENSTEIN SANDLER LLP**
A. Matthew Boxer
Gavin J. Rooney
Rasmeet K. Chahil
One Lowenstein Drive
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*
*LexisNexis Risk Solutions Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., M.S.,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No.: 1:25-cv-18288<br><br>Honorable Harvey Bartle III, U.S.D.J.<br><br>**CERTIFICATE OF SERVICE** |

I, A. Matthew Boxer, of full age, hereby certify as follows:

1.     I am a Partner at Lowenstein Sandler LLP, attorneys for Defendant LexisNexis Risk Solutions Inc.

2.     On July 20, 2026, I caused a true and correct copy of the following documents to be filed under seal via the Court's CM/ECF filing system and served via email upon counsel of record for Plaintiffs:

a.  Brief in Opposition to Plaintiffs' Motion for Leave to File an Amended

Complaint; and

b.  Exhibits A through C to the Declaration of A. Matthew Boxer, Esq.

3.      On July 20, 2026, I also caused a true and correct copy of the following

documents to be filed and be served upon all counsel of record via the Court's

CM/ECF system:

a.  Declaration of A. Matthew Boxer, Esq.; and

b.  This Certificate of Service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct.

Dated: July 20, 2026                          */s/ A. Matthew Boxer*
                                              A. Matthew Boxer, Esq.

-2-