# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.V., S.T., R.T., D.M., P.J., G.P., C.N., J.O., and M.S., <br><br> Plaintiffs, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals*, and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Civil Action No.: 1:25-cv-18288 <br><br> Honorable Harvey Bartle, III, U.S.D.J. |

## PARTIES' JOINT MOTION TO SEAL

The Parties, through their undersigned attorneys, will move before the Honorable Harvey Bartle, III, U.S.D.J. in the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for entry of an Order to Seal the documents as set forth in the attached Index.

In support of the within Motion, the Parties shall rely upon the following: (1) Certification of Jessica A. Merejo; (2) Certification of Rasmeet Chahil, Esq.; (3) Index as required by Local Civil Rule 5.3(c)(3); and (4) Proposed Findings of Fact and Conclusions of Law as required by Local Civil Rule 5.3(c)(3), (6). No brief is necessary pursuant to Local Civil Rule 5.3(c)(1).

-1-

A proposed form of Order is incorporated into the Proposed Findings of Fact and Conclusions of Law.

Dated: August 10, 2026                    Respectfully submitted,

By:  */s/ Rasmeet Chahil*          By:  */s/ Jessica A. Merejo*
      RASMEET CHAHIL                      JESSICA A. MEREJO

**LOWENSTEIN SANDLER LLP**          **PEM LAW LLP**
A. Matthew Boxer, Esq.              Rajiv D. Parikh, Esq.
Gavin J. Rooney, Esq.               Kathleen Barnett Einhorn, Esq.
Rasmeet Chahil, Esq.                Jessica A. Merejo, Esq.
One Lowenstein Drive                1 Boland Dr., Suite 101
Roseland, New Jersey 07068          West Orange, New Jersey 07052
973.597.2500                        Telephone: (973) 577-5500
mboxer@lowenstein.com               Emails:  rparikh@pemlawfirm.com
grooney@lowenstein.com                       keinhorn@pemlawfirm.com
rchahil@lowenstein.com                       jmerejo@pemlawfirm.com

*Attorneys for Defendant*           **BOIES SCHILLER FLEXNER LLP**
*LexisNexis Risk Solutions Inc.*    Adam Shaw (admitted *pro hac vice*)
                                    30 South Pearl Street, 12th Floor
                                    Albany, New York 12207
                                    Telephone: (518) 434-0600
                                    Email: ashaw@bsfllp.com

                                    Mark C. Mao (admitted *pro hac vice*)
                                    Julia Bront (admitted *pro hac vice*)
                                    Kate Kozain (admitted *pro hac vice*)
                                    44 Montgomery Street, 41st Floor
                                    San Francisco, California 94104
                                    Telephone: (415) 293-6800
                                    Email:  mmao@bsfllp.com
                                            jbront@bsfllp.com
                                            kkozain@bsfllp.com

                                    James Lee (admitted *pro hac vice*)
                                    100 SE Second Street, Suite
                                    2800 Miami, Florida 33131

-2-

-3-

Telephone: (305) 357-8434
Email: jlee@bsfllp.com

Eric Palmer (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 377-4250
Email: epalmer@bsfllp.com

*Attorneys for Plaintiffs*