IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| J.V., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, INC., et al. | : | NO. 25-18288 |
| | : | |

ORDER

AND NOW, this 1st day of September 2026, it is hereby ORDERED that:

(1) the motion of plaintiffs for leave to file an amended complaint is GRANTED; and

(2) said amended complaint shall be filed on or before September 10, 2026.

BY THE COURT:

/s/ Harvey Bartle III
J.