IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| J.V., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, INC., et al. | : | NO. 25-18288 |

SECOND SCHEDULING ORDER

AND NOW, this 10th day of September 2026, after a telephone conference with counsel, it is hereby ORDERED that:

(1) The First Scheduling Order dated April 2, 2026 (Doc. #23), is VACATED.

(2) All fact discovery shall proceed forthwith and continue in such a manner as will assure that all requests for, and responses to, discovery will be served, noticed, and completed by January 31, 2027.

(3) The fact discovery should not be duplicative of the discovery conducted in John Doe-1, et al. v. LexisNexis Risk Solutions, Inc., et al., Civ. A. No. 24-4566 (D.N.J. Apr. 4, 2024).

(4) Plaintiffs shall file any motion for class certification along with supporting brief on or before February 19, 2027;

(5) Defendants shall file any responsive brief on or before March 19, 2027; and

(6) Plaintiffs shall file any reply brief on or before March 26, 2027.

BY THE COURT:

/s/ Harvey Bartle III

J.