**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE:** **DATE OF PROCEEDINGS:** 09/10/2026

**JUDGE:** Harvey Bartle III

**COURT REPORTER:**

**OTHERS:** **DOCKET NO:** Civ. #25-18288

**TITLE OF CASE:**

JOHN DOE-1, et al.

v.

LEXISNEXIS RISK SOLUTIONS, INC., et al.

**APPEARANCES:**
Plaintiff:
Adam Shaw, Esq.
Jessica A. Merejo, Esq.
Julie Rossi Livingston

Defendant:
A. Matthew Boxer, Esq.
Gavin J. Rooney, Esq.
Rasmeet Kaur Chahil, Esq.

**NATURE OF PROCEEDINGS:**

Telephonic status conference held to determine ESI dispute and new scheduling order.

/s/ Nicole Spicer
Deputy Clerk

Time Commenced: 2:00 PM Time Adjourned: 2:20PM