**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

P.J., G.P., C.N., *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

LEXISNEXIS RISK SOLUTIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,

Defendants.

Case No.: 1:25-cv-18288-HB

Civil Action

Honorable Harvey Bartle, III, U.S.D.J.

**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY [L. CIV. R. 6.1(b)]**

Application is hereby made for a Clerk's Order pursuant to Local Civil Rule 6.1 extending the time within which Defendant LexisNexis Risk Solutions, Inc. ("LNRS") may answer, move, or otherwise respond to the Second Amended Complaint filed by Plaintiffs herein and it is represented that:

1. No previous extension has been obtained in connection with this pleading;
2. Plaintiffs filed the Second Amended Complaint on September 8, 2026; and
3. Defendant's time to answer, move or otherwise respond currently expires on September 22, 2026.

**LOWENSTEIN SANDLER LLP**
*Attorneys for Defendant*
*LexisNexis Risk Solutions, Inc.*

Dated: September 16, 2026

By: /s/ *Rasmeet K. Chahil*
Rasmeet K. Chahil

**LOCAL RULE 6.1(b) CLERK'S ORDER GRANTING AN EXTENSION OF TIME**

**IT IS,** on this ________ day of September, 2026, hereby

**ORDERED** that the Local Rule 6.1(b) Application of Defendant LNRS for an extension of time to answer, move or otherwise respond to the Complaint be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 6.1(b), the time within which Defendant may answer, move or otherwise respond to the Complaint is extended for a period of fourteen (14) days from September 22, 2026 to **October 6, 2026**.

Order Dated: ____________________

MELISSA E. RHOADS, ESQ., Clerk

By: ____________________________________
Clerk of Court