**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE:**

**DATE OF PROCEEDINGS:** 11/02/2026

**JUDGE:** Harvey Bartle III

**COURT REPORTER:**

**OTHERS:**

**DOCKET NO:** Civ. #25-18288

**TITLE OF CASE:**

JOHN DOE-1, et al.

v.

LEXISNEXIS RISK SOLUTIONS, INC., et al.

**APPEARANCES:**
Plaintiff:
Adam Shaw
Rajiv D. Parikh

Defendant:
A. Matthew Boxer
Rasmeet Kaur Chahil
Gavin J. Rooney

**NATURE OF PROCEEDINGS:**

Telephonic status conference held to determine next steps and scheduling after counsel's letter requesting an discovery extension to hold settlement talks

/s/ Nicole Spicer
Deputy Clerk

Time Commenced: 2:40 PM Time Adjourned: 2:50 PM