IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| J.V., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, INC., et al. | : | NO. 25-18288 |
| | : | |

ORDER

AND NOW, this 3rd day of November 2026, after a telephone conference with counsel, it is hereby ORDERED that this action is STAYED pending further order of the court.

BY THE COURT:

/s/ Harvey Bartle III
J.